**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

AMILCAR OSVALDO PEREZ-MUX,

Petitioner,

v. No. 1:26-cv-02772-MLG-KRS

U.S. Department of Homeland Security, et al.,

Respondents.

**ORDER DIRECTING AMENDMENT**

Pro se Petitioner Amilcar Osvaldo Perez-Mux initiated this proceeding by filing a document titled Emergency Motion for Temporary Restraining Order and Preliminary Injunction. *See* Doc. 1. Perez-Mux requests that the Court grant "her/his/their Emergency Motion for a Temporary Restraining Order and Preliminary Injunction." *Id.* at 1. The pleading further states that the "grounds for this motion are set forth in the accompanying memorandum of law, exhibits in support thereof, the Complaint, and the applicable law." *See id.* None of these additional documents were filed. The Court has no basis to grant any injunctive relief absent a 28 U.S.C. § 2241 petition and a memorandum of law describing the factual and legal basis for relief.

The Clerk's Office mailed a 28 U.S.C. § 2241 petition and an application to proceed in forma pauperis to Perez-Mux on August 21, 2026. Perez-Mux must return a completed § 2241 petition—or a complaint if he does not seek habeas relief under § 2241—and a memorandum of law supporting his request for a temporary restraining order and preliminary injunction within thirty days of this Order's entry. If Perez-Mux files a § 2241 habeas petition, he should include details about whether he has received a bond hearing; whether an immigration judge denied bond and the reason(s) for any denial; and the status of any removal proceedings and immigration

appeals. Perez-Mux is encouraged to attach documents related to his immigration status and immigration court proceedings, but documentary evidence is not required at this stage. Failure to timely file may result in dismissal of this case.

It is so ordered.



UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA