**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

AMILCAR OSVALDO PEREZ-MUX,

Petitioner,

v. No. 1:26-cv-02772-MLG-KRS

WARDEN, et al.,

Respondents.

**ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS**

This matter is before the Court on Petitioner Amilcar Osvaldo Perez Mux's Petition for Writ of Habeas Corpus ("Petition"). Doc. 5. The Court, having considered the Petition, having held a hearing on October 23, 2026, and being otherwise fully informed, denies the Petition for the reasons stated on the record at the hearing. *See* 8 U.S.C. § 1226(c) ("The Attorney General shall take into custody any alien who . . . is charged with . . . assault of a law enforcement officer offense."), *and* Doc. 11-1, 11-4, and 11-8. A final judgment will be entered separately.

It is so ordered.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA